# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS OWEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT DOYLE, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:10-cv-2301-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO EITHER FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE<br><br>PLAINTIFF MUST COMPLY BY FEBRUARY 14, 2011 |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. **Not later than February 14, 2011,** Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, **and** submit a certified copy of his/her prison trust account statement for the six month period immediately preceding the filing of the complaint, **or in the alternative**, pay the $350.00 filing fee for this action.

2. **Failure to comply with this order will result in a recommendation that this action be dismissed**; and

///

///

3. **No requests for extension will be granted.**

IT IS SO ORDERED.

Dated:   December 13, 2010            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE