# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS S. OWEN, | 1:10-cv-2301-MJS (PC) |
| Plaintiff, | |
| v. | VOLUNTARY DISMISSAL OF ACTION |
| ROBERT DOYLE, et al., | (ECF No. 12) |
| Defendants. | |
| _____/ | CLERK SHALL CLOSE CASE |

Plaintiff Thomas S. Owen ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 5.)

This action was initiated December 10, 2010. (ECF No. 1.) On March 21, 2012, Plaintiff filed an Answer to Order to Show Cause and Motion to Withdraw Complaint asking that his Complaint be voluntarily dismissed. (ECF No. 12.)

Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal. Plaintiff's Answer and Motion requesting dismissal of his Complaint is read as a notice of dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED

-1-

1  without prejudice.

3      The Clerk shall CLOSE this case.

6  IT IS SO ORDERED.

7  Dated:    March 28, 2012              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE